**DISMISS and Opinion Filed July 30, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-00555-CV
_____

## IN THE INTEREST OF J.S., A CHILD

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 104418-CC**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

This appeal follows a jury trial but was filed before a final judgment was signed. Because the appellate timetable does not begin to run until a final judgment has been signed, *see* TEX. R. APP. P. 26.1, we directed appellant to file a letter brief showing cause why the appeal should not be dismissed for want of jurisdiction. *See Ganesan v. Reeves*, 236 S.W.3d 816, 817 (Tex. App.—Waco 2007, pet. denied) (dismissing for want of jurisdiction prematurely filed appeal). Although we cautioned appellant that failure to comply by July 26, 2021 could result in dismissal of the appeal without further notice, appellant has not responded. *See* TEX. R. APP. P. 42.3(a), (c).

Accordingly, as nothing before us reflects a judgment has been signed, we dismiss the appeal. *See id.* 42.3(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

210555F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.S., A
CHILD,

No. 05-21-00555-CV

On Appeal from the County Court,
Kaufman County, Texas
Trial Court Cause No. 104418-CC.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 30, 2021